UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT CR 12-127 DSD/TNL |
| ) | |
| Plaintiff, ) | (18 U.S.C. § 2252(a)(2)) |
| ) | (18 U.S.C. § 2252(a)(4)(B)) |
| v. ) | (18 U.S.C. § 2252(b)(1)) |
| ) | (18 U.S.C. § 2252(b)(2)) |
| NATHAN PAUL SEVERSON, ) | (18 U.S.C. § 2253(a)) |
| ) | |
| Defendant. ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Receipt of Child Pornography)

On or about January 13, 2011, in the State and District of Minnesota, the defendant,

**NATHAN PAUL SEVERSON,**

did knowingly receive a visual depiction using a means and facility of interstate commerce and that had been mailed, shipped and transported in interstate commerce, by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such depiction was of such conduct, including, but not limited to, the following computer video file:

(1) !!!New!!!(Pthc) 7Yo Tara (Masturbate) - Sound.mpg

all in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

### COUNT 2
(Distribution of Child Pornography)

On or about January 13, 2011, in the State and District of

SCANNED
MAY 15 2012
U.S. DISTRICT COURT MPLS

FILED MAY 15 2012
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED _____
DEPUTY CLERK'S INITIALS _____

U.S. v. Nathan Paul Severson

Minnesota, the defendant,

**NATHAN PAUL SEVERSON,**

did knowingly distribute a visual depiction using a means and facility of interstate commerce and that had been mailed, shipped and transported in interstate commerce, by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such depiction was of such conduct, including, but not limited to, the following computer video file:

> (1) [Boy+Man] - Dads Teaching Their Little Boys To Jack, Suck, Fuck, Cum (Compilation).mpg(00:00-15:32; 20:04-22:57)

all in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT 3
(Possession of Child Pornography)

On or about January 14, 2011, in the State and District of Minnesota, the defendant,

**NATHAN PAUL SEVERSON,**

did knowingly possess one or more matters which contained visual depictions that had been shipped and transported using a means and facility of interstate commerce, including by computer, and had been mailed, shipped and transported in and affecting interstate commerce, where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such

U.S. v. Nathan Paul Severson

visual depictions were of such conduct, including, but not limited to, the following computer video files:

(1) (Preteens)12Yo Blondy Blowjob In Toilet.avi(00:30);

(2) [boy+man] fuck cum in kids ass.avi;

(3) Father sticks his finger very deep and hard in toddlers ass he cries.avi

all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## FORFEITURE ALLEGATIONS

Counts 1 through 3 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253(a).

As a result of the foregoing offenses, the defendant,

**NATHAN PAUL SEVERSON,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a), all his right, title and interest in:

(1) any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, United States Code;

(2) any property, real or personal, constituting or traceable

<u>U.S. v. Nathan Paul Severson</u>

to gross profits or other proceeds obtained from such offenses; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property, including (a) an HP desktop computer, model DX5150, with serial number 2UA53907X7, containing (i) a Hitachi SATA hard drive, model HDS722512VLSA80, with serial number CCDDUHWD and (ii) a Seagate SATA hard drive, model ST340014AS, with serial number 4MQ0FT3F, and (b) a Western Digital External USB hard drive, model WD1200BB, with serial number WCAL98040562.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

All in violation of Title 18, United States Code, Sections 2252(a)(2), 2252(a)(4)(B), 2252(b)(1), 2252(b)(2), and 2253(a).

A TRUE BILL

_____   _____
UNITED STATES ATTORNEY        FOREPERSON